1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8    Kathleen Jordan, individually and on
9    behalf of all others similarly situated

10                  Plaintiff(s),

11              vs.

12    Absolute Dental Group, LLC

13

14                  Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:25-cv-00986

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

15                                              [ECF No. 6]

16    _____Andrew Ferich_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)

17

18    1.    That Petitioner is an attorney at law and a member of the law firm of

                              Ahdoot & Wolfson, PC
19    _____
                                    (firm name)

20    with offices at _____201 King of Prussia Road, Suite 650_____,
                                          (street address)

21
22    _____Radnor_____, _____Pennsylvania_____, ____19087____,
                    (city)                              (state)                        (zip code)

23    _____310-474-9111_____, _____aferich@ahdootwolfson.com_____.
        (area code + telephone number)              (Email address)

24

25    2.    That Petitioner has been retained personally or as a member of the law firm by

                    Kathleen Jordan
26    _____ to provide legal representation in connection with
                    [client(s)]

27    the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

3.     That since _____12/12/1994_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____Pennsylvania_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 7/12/2013 | 1015061 |
| New Jersey | 11/21/2012 | 015052012 |
| Pennsylvania | 10/22/2012 | 313696 |
| Middle District of Pennsylvania | 7/10/2020 | |
| District of Columbia District Court | 6/4/2018 | |
| Eastern District of Pennsylvania | 4/25/2014 | |
| District of New Jersey | 4/25/2014 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations.

Philadelphia Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/15/2022 | 22-cv-00195 | E.D. Tennessee | Granted |
| 11/23/2022 | 22-cv-8101 | S.D. New York | Granted |
| 12/6/2022 | 22-cv-01719 | W.D. Washington | Granted |
| 1/5/2023 | 22-cv-9468 | C.D. Cal. | Denied |
| 8/29/2023 | 21-cv-2210 | E.D. New York | Granted |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                    _____
      STATE OF ___*New Jersey*___                    Petitioner's signature
              ~~Pennsylvania~~

5  COUNTY OF ___*Cape May*___
              ~~Delaware~~

6

7    _____Andrew Ferich_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                                    _____
                                            Petitioner's signature

10  Subscribed and sworn to before me this

11

12  ___18th___ day of ___June___, ___2025___.

13  Kristin M Zozzaro
          Notary Public or Clerk of Court

| KRISTIN M. ZOZZARO |
|---|
| Commission # 50154737 |
| Notary Public, State of New Jersey |
| My Commission Expires |
| March 19, 2026 |

14

15

16  ### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
      ### THE BAR OF THIS COURT AND CONSENT THERETO.

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate ___Gerardo Avalos___,
                                                             (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____8985 S. Eastern Avenue, Suite 100_____,
                             (street address)

24  ____Las Vegas____, ____Nevada____, ____89123____,
        (city)             (state)         (zip code)

25

26  ____(702) 880-5554____, ____info@freedomlegalteam.com____.
    (area code + telephone number)        (Email address)

27

28                                  4                                  Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Gerardo Avalos _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

9

10  Kathleen Jordan (Jun 18, 2025 17:56 PDT)
_____
(party's signature)

11

12  Kathleen Jordan, Plaintiff
_____
(type or print party name, title)

13

14  _____
(party's signature)

15

16  _____
(type or print party name, title)

17  **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
Designated Resident Nevada Counsel's signature

21  15171                          info@freedomlegalteam.com
_____
Bar number                 Email address

22

23  APPROVED:

24

25  Dated: this 27th   day of   June   , 2025 .

26  _____
UNITED STATES DISTRICT JUDGE

27

28                          5                          Rev. 5/16