CAMPBELL & WILLIAMS
Philip R. Erwin (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-5222
Fax: (702) 382-0540
pre@cwlawlv.com

WINSTON & STRAWN LLP
Sean G. Wieber (*pro hac vice* forthcoming)
Kevin P. Simpson (*pro hac vice* forthcoming*)*
James W. Randall (*pro hac vice* forthcoming)
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
swieber@winston.com
kpsimpson@winston.com
jwrandall@winston.com

*Counsel for Defendant Absolute Dental Group, LLC*

[Plaintiffs' counsel listed below]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN JORDAN et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE DENTAL GROUP, LLC,<br><br>Defendant. | Case No. 2:25-cv-00986-JAD-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ABSOLUTE DENTAL, LLC TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Kathleen Jordan, Marlo Eastman, Edwina Jackson, Amanda Maduike-Iwata, and Viridiana Tinajero Monterroza (collectively, "Plaintiffs") and Defendant Absolute Dental Group, LLC ("Absolute Dental," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, that Absolute Dental shall have an additional 60 days, up to and including September 9, 2025, to answer or otherwise respond to the First Amended Complaint (ECF No. 9). In support of their stipulation, the Parties state as follows:

1. On June 4, 2025, Plaintiff Jordan filed the initial Complaint in this action, raising claims arising out of an alleged data security incident that potentially impacted certain information pertaining to Absolute Dental's patients (the "Data Security Incident"). *See* ECF No. 1. Plaintiff Jordan served Absolute Dental with the initial Complaint on June 9, 2025. *See* ECF No. 5. Accordingly, Absolute Dental's initial response deadline was June 30, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

2. Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza each subsequently filed separate putative class actions against Absolute Dental in Nevada state court, also raising claims in connection with the Data Security Incident.

3. Thereafter, Absolute Dental's counsel engaged in discussions with Plaintiffs' counsel about combining all pending actions into a single action.

4. On June 25, 2025, Plaintiff Jordan filed the First Amended Complaint ("FAC"), adding Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza as plaintiffs in this action. *See* ECF No. 9. On June 27, 2025, Plaintiff Jordan served Absolute Dental with the FAC. Subsequently, Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza voluntarily dismissed their separate state court actions.

5. Absolute Dental's current deadline to answer or otherwise respond to the FAC is July 11, 2025. *See* Fed. R. Civ. P. 15(a)(3).

6. Rule 6(b) of the Federal Rules of Civil Procedure provides that "[w]hen an act . . . must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made before the original time . . . expires[.]" Fed R. Civ. P. 6(b)(1)(A).

7. Absolute Dental requires additional time to further investigate the Data Security Incident, confirm the identities of individuals whose personal information was potentially impacted, confirm the associated types of personal information that were potentially impacted, and then provide notice of the Data Security Incident to those individuals as required by federal and state laws.

8. Moreover, additional time will allow Absolute Dental to confirm whether each Plaintiff and their associated personal information was potentially impacted in the Data Security Incident and to share that determination with Plaintiffs.

9. After Absolute Dental provides the legally required notice to all potentially impacted individuals, the Parties anticipate the filing of additional related actions against Absolute Dental. Allowing Absolute Dental to complete its investigation and provide notice, therefore, would allow the Parties to determine whether any such action(s) should be combined, consolidated, or coordinated with this action before any dispositive motion briefing occurs.

10. Accordingly, good cause exists for the requested 60-day extension.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

11. This is the first extension requested by any Party in this matter. This request is not made to delay proceedings or for any other improper purpose, and neither the Parties nor the Court will be prejudiced by the requested extension.

IT IS SO STIPULATED.

DATED this 8th day of July, 2025.

/s/ Philip R. Erwin
CAMPBELL & WILLIAMS
PHILIP R. ERWIN (11563)

WINSTON & STRAWN LLP
SEAN G. WIEBER
(*pro hac vice* forthcoming)
KEVIN P. SIMPSON
(*pro hac vice* forthcoming*)*
JAMES W. RANDALL
(*pro hac vice* forthcoming)

*Counsel for Defendant Absolute Dental Group, LLC*

DATED this 8th day of July, 2025

/s/ Andrew Ferich
FREEDOM LAW FIRM
GEORGE HAINES (9411)
GERARDO AVALOS (15171)

AHDOOT & WOLFSON, PC
ANDREW FERICH
(admitted *pro hac vice*)
ALYSSA BROWN
(admitted *pro hac vice*)

STRANCH, JENNINGS & GARVEY, PLLC
NATHAN R. RING (12078)
J. GERARD STRANCH, IV
(*pro hac vice* forthcoming)

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
MARIYA WEEKES
(*pro hac vice* forthcoming)

FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
(*pro hac vice* forthcoming)

CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
NICKOLAS J. HAGMAN
(*pro hac vice* forthcoming)

LEVERTY AND ASSOCIATES LAW, CHTD.
PATRICK R. LEVERTY (8840)
WILLIAM R. GINN (6989)

*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 7/9/25

4