1   CAMPBELL & WILLIAMS
    Philip R. Erwin (11563)
2   710 South Seventh Street
    Las Vegas, Nevada 89101
3   Tel.: (702) 382-5222
    Fax: (702) 382-0540
4   pre@cwlawlv.com

5   WINSTON & STRAWN LLP
    Sean G. Wieber (*pro hac vice*)
6   Kevin P. Simpson (*pro hac vice*)
    James W. Randall (*pro hac vice*)
7   35 W. Wacker Dr.
    Chicago, Illinois 60601
8   Tel.: (312) 558-5600
    Fax: (312) 558-5700
9   swieber@winston.com
    kpsimpson@winston.com
10  jwrandall@winston.com

11  *Counsel for Defendant Absolute Dental Group, LLC*

12  [Plaintiffs' counsel listed below]

13
                    **UNITED STATES DISTRICT COURT**
14                        **DISTRICT OF NEVADA**

15  KATHLEEN JORDAN et al., individually
    and on behalf of all others similarly situated,    Case No. 2:25-cv-00986-JAD-DJA
16
                Plaintiffs,                            **STIPULATION AND [~~PROPOSED~~]**
17                                                     **ORDER EXTENDING TIME FOR**
                    v.                                 **DEFENDANT ABSOLUTE DENTAL,**
18                                                     **LLC TO RESPOND TO THE FIRST**
    ABSOLUTE DENTAL GROUP, LLC,                        **AMENDED COMPLAINT**
19
                Defendant.                             **(SECOND REQUEST)**
20

21

22          IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Kathleen Jordan, Marlo

23  Eastman, Edwina Jackson, Amanda Maduike-Iwata, and Viridiana Tinajero Monterroza (collectively,

24  "Plaintiffs") and Defendant Absolute Dental Group, LLC ("Absolute Dental," and together with

25  Plaintiffs, the "Parties"), by and through their undersigned counsel, that Absolute Dental shall have an

26  additional 14 days, to and including September 23, 2025, to answer or otherwise respond to the First

27  Amended Complaint (ECF No. 9).  In support of their stipulation, the Parties state as follows:

28

                                                    1

1. On June 4, 2025, Plaintiff Jordan filed the initial Complaint in this action, raising claims arising out of an alleged data security incident that potentially impacted certain information pertaining to Absolute Dental's patients (the "Data Security Incident").  *See* ECF No. 1.  Plaintiff Jordan served Absolute Dental with the initial Complaint on June 9, 2025.  *See* ECF No. 5.

2. Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza each subsequently filed separate putative class actions against Absolute Dental in Nevada state court, also raising claims in connection with the Data Security Incident.

3. Thereafter, Absolute Dental's counsel engaged in discussions with Plaintiffs' counsel about combining all pending actions into a single action.

4. On June 25, 2025, Plaintiff Jordan filed the First Amended Complaint ("FAC"), adding Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza as plaintiffs in this action.  *See* ECF No. 9.  On June 27, 2025, Plaintiff Jordan served Absolute Dental with the FAC.  Subsequently, Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza voluntarily dismissed their separate state court actions.

5. On July 8, 2025, the Parties filed a stipulation requesting that the Court extend Absolute Dental's deadline to answer or otherwise respond to the FAC to September 9, 2025.  ECF No. 25.  The grounds for the extension were, among other reasons, that Absolute Dental "require[d] additional time to further investigate the Data Security Incident, confirm the identities of individuals whose personal information was potentially impacted, confirm the associated types of personal information that were potentially impacted, and then provide notice of the Data Security Incident to those individuals as required by federal and state laws."  *Id.*

6. On July 9, 2025, the Court granted the Parties' request to extend Absolute Dental's deadline to answer or otherwise respond to the FAC to September 9, 2025.  ECF No. 27.

7. On August 26, 2025, Absolute Dental began providing notice of the Data Security Incident to potentially impacted individuals as required by certain federal and state laws.

8. On September 2, 2025, Plaintiffs filed an unopposed motion for leave to file a Second Amended Complaint ("SAC").  *See* ECF No. 40.  The Court has not yet ruled on Plaintiffs' motion.

9.      As noted above, Absolute Dental's current deadline to answer or otherwise respond to the FAC is September 9, 2025.

10.     The Court may extend Absolute Dental's response deadline "for good cause . . . if [the] request is made before the original time . . . expires[.]" Fed R. Civ. P. 6(b)(1)(A).

11.     Good cause exists for the requested 14-day extension.  The Parties wish to avoid expending the time and expense of responding to and litigating the FAC when it may soon be superseded by the SAC.  Thus, the Parties respectfully request that the Court extend Absolute Dental's response deadline to allow time for the Court to rule on Plaintiff's motion for leave to amend the FAC.

12.     This is the second extension requested by any Party in this matter.  This request is not made to delay proceedings or for any other improper purpose, and neither the Parties nor the Court will be prejudiced by the requested extension.

13.     Accordingly, the Parties stipulate to and respectfully request that the Court extend Absolute Dental's deadline to respond to the FAC by 14 days, to and including September 23, 2025.

IT IS SO STIPULATED.

DATED this 8th day of September

DATED this 8th day of September

/s/ Philip R. Erwin
**CAMPBELL & WILLIAMS**
PHILIP R. ERWIN  (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-5222
Fax: (702) 382-0540
pre@cwlawlv.com

/s/ Andrew Ferich
**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (pro hac vice)
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

Counsel for Defendant Absolute Dental
Group, LLC
(Additional Defendant's counsel on next page)

Counsel for Plaintiffs
(Additional Plaintiffs' counsel on next pages)

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/11/2025

3

**WINSTON & STRAWN**
SEAN G. WIEBER (*pro hac vice*)
KEVIN P. SIMPSON (*pro hac vice*)
JAMES W. RANDALL (*pro hac vice*)
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
swieber@winston.com
kpsimpson@winston.com
jwrandall@winston.com

*Counsel for Defendant Absolute Dental Group, LLC*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
MARIYA WEEKES (*pro hac vice*)
201 Sevilla Ave., 2nd Floor
Coral Gables, Florida 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
mweekes@milberg.com

**STRANCH, JENNINGS & GARVEY, PLLC**
NATHAN R. RING (12078)
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
Tel.: (725) 235-9750
nring@stranchlaw.com
gstranch@stranchlaw.com

**STRANCH, JENNINGS & GARVEY, PLLC**
ANDREW E. MIZE (*pro hac vice*)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
amize@stranchlaw.com

**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (*pro hac vice*)
KENNEDY M. BRIAN (*pro hac vice*)
10205 North Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel.: (405) 235-1560
wbf@federmanlaw.com
kpb@federmanlaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
NICKOLAS J. HAGMAN
(*pro hac vice* forthcoming)
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Tel.: (312) 782-4880
Fax: (312) 782-4485
nhagman@caffertyclobes.com

*Counsel for Plaintiffs*
(Additional Plaintiffs' counsel on next page)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FREEDOM LAW FIRM**
GEORGE HAINES (9411)
GERARDO AVALOS (15171)
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
Tel.: 702-880-5554
Fax: 702-385-5518
info@freedomlegalteam.com

**LEVERTY AND ASSOCIATES LAW, CHTD.**
PATRICK R. LEVERTY (8840)
832 Willow Street
Reno, Nevada 89503
Tel.: (775) 322-6636
pat@levertylaw.com

*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **STIPULATION AND [PROPOSED]**

**ORDER EXTENDING TIME FOR DEFENDANT ABSOLUTE DENTAL, LLC TO RESPOND**

**TO THE FIRST AMENDED COMPLAINT** was served on September 8, 2025, via the Court's

CM/ECF electronic filing system addressed to all parties on the e-service list.


_/s/ Philip R. Erwin_
PHILIP R. ERWIN