CAMPBELL & WILLIAMS
Philip R. Erwin (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-5222
Fax: (702) 382-0540
pre@cwlawlv.com

WINSTON & STRAWN LLP
Sean G. Wieber (*pro hac vice*)
Kevin P. Simpson (*pro hac vice)*
James W. Randall (*pro hac vice*)
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
swieber@winston.com
kpsimpson@winston.com
jwrandall@winston.com

*Counsel for Defendant Absolute Dental Group, LLC*

[Plaintiffs' counsel listed below]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KATHLEEN JORDAN et al., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ABSOLUTE DENTAL GROUP, LLC and JUDGE CONSULTING, INC.

Defendants.

Case No. 2:25-cv-00986-JAD-DJA

**JOINT MOTION** ~~**STIPULATION**~~ **AND** ~~**[PROPOSED]**~~ **ORDER EXTENDING TIME FOR DEFENDANT ABSOLUTE DENTAL, LLC TO RESPOND TO THE SECOND AMENDED COMPLAINT**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Kathleen Jordan, Marlo Eastman, Edwina Jackson, Amanda Maduike-Iwata, and Viridiana Tinajero Monterroza (collectively, "Plaintiffs") and Defendant Absolute Dental Group, LLC ("Absolute Dental," and together with Plaintiffs, the "Stipulating Parties"), by and through their undersigned counsel, that Absolute Dental's deadline to answer or otherwise respond to the Second Amended Complaint (ECF No. 48) shall be extended by 30 days, to October 31, 2025. In support of their stipulation, the Stipulating Parties state as follows:

1. On June 4, 2025, Plaintiff Jordan filed the initial Complaint in this action, raising claims arising out of an alleged data security incident that potentially impacted certain information pertaining to Absolute Dental's patients (the "Data Security Incident"). *See* ECF No. 1.

2. On June 25, 2025, Plaintiff Jordan filed the First Amended Complaint ("FAC"), adding Plaintiffs Eastman, Jackson, Maduike-Iwata, and Tinajero Monterroza as plaintiffs in this action. *See* ECF No. 9.

3. On September 2, 2025, Plaintiffs filed an unopposed motion for leave to file a Second Amended Complaint ("SAC"). ECF No. 40.

4. On September 17, 2025, the Court granted Plaintiffs' motion for leave to file the SAC, and Plaintiffs filed the SAC later that day. ECF Nos. 47, 48. Accordingly, Absolute Dental's current deadline to answer or otherwise respond to the SAC is October 1, 2025. *See* Fed. R. Civ. P. 15(a)(3).

5. The SAC names an additional Defendant, Judge Consulting, Inc. ("Judge"). *See* ECF No. 48. On September 18, 2024, Judge executed a waiver of service. *See* ECF No. 50. Accordingly, Judge's deadline to answer or otherwise respond to the SAC is November 17, 2025. *Id.*

6. On September 22, 2025, the Court appointed certain of undersigned Plaintiffs' counsel as Interim Co-Lead Class Counsel. *See* ECF No. 49.

7. The Court may extend Absolute Dental's response deadline "for good cause . . . if [the] request is made before the original time . . . expires[.]" Fed R. Civ. P. 6(b)(1)(A).

8. The Stipulating Parties respectfully request that the Court extend Absolute Dental's deadline to answer or otherwise respond to the Complaint to October 31, 2025.

9. Good cause exists for the requested 30-day extension. To begin, the SAC adds many new paragraphs of allegations against Absolute Dental, including allegations stemming from the recent issuance of notice to individuals potentially impacted by the Data Security Incident. Further, the SAC adds an additional Defendant and includes allegations regarding Absolute Dental's connection to the new Defendant. Absolute Dental requires additional time to evaluate the SAC's new allegations and prepare an appropriate response.

10. In addition, a 30-day extension would place Absolute Dental's responsive pleading deadline beyond the date of the Stipulating Parties' forthcoming mediation. Specifically, the Stipulating

Parties have scheduled a mediation session on October 29, 2025, with mediator Bennett G. Picker, Esq., at which the putative class will be represented by Interim Co-Lead Class Counsel. The Stipulating Parties wish to focus their time and effort over the next month preparing for the mediation rather than briefing a motion to dismiss—a motion which would become moot if the mediation is successful.

11. This is the first extension requested by any Party in this matter in connection with the SAC. This request is not made to delay proceedings or for any other improper purpose, and neither the parties nor the Court will be prejudiced by the requested extension.

12. Accordingly, the Stipulating Parties stipulate to and respectfully request that the Court extend Absolute Dental's deadline to respond to the SAC by 30 days, to October 31, 2025.

IT IS SO STIPULATED.

DATED this 24th day of September

*/s/ Philip R. Erwin*

**CAMPBELL & WILLIAMS**
PHILIP R. ERWIN (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-5222
Fax: (702) 382-0540
pre@cwlawlv.com

*Counsel for Defendant Absolute Dental Group, LLC*
(Additional Defendant's counsel on next page)

DATED this 24th day of September

*/s/ Andrew W. Ferich*

**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (*pro hac vice*)
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

*Counsel for Plaintiffs*
(Additional Plaintiffs' counsel on next pages)

**ORDER**

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 51).

DATED: 9/26/2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**WINSTON & STRAWN**
SEAN G. WIEBER (*pro hac vice*)
KEVIN P. SIMPSON (*pro hac vice*)
JAMES W. RANDALL (*pro hac vice*)
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
swieber@winston.com
kpsimpson@winston.com
jwrandall@winston.com

*Counsel for Defendant Absolute Dental Group, LLC*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
MARIYA WEEKES (*pro hac vice*)
201 Sevilla Ave., 2nd Floor
Coral Gables, Florida 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
mweekes@milberg.com

**STRANCH, JENNINGS & GARVEY, PLLC**
NATHAN R. RING (12078)
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
Tel.: (725) 235-9750
nring@stranchlaw.com
gstranch@stranchlaw.com

**STRANCH, JENNINGS & GARVEY, PLLC**
ANDREW E. MIZE (*pro hac vice*)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
amize@stranchlaw.com

**FEDERMAN & SHERWOOD**
WILLIAM B. FEDERMAN (*pro hac vice*)
KENNEDY M. BRIAN (*pro hac vice*)
10205 North Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Tel.: (405) 235-1560
wbf@federmanlaw.com
kpb@federmanlaw.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
NICKOLAS J. HAGMAN
(*pro hac vice* forthcoming)
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Tel.: (312) 782-4880
Fax: (312) 782-4485
nhagman@caffertyclobes.com

*Counsel for Plaintiffs*
(Additional Plaintiffs' counsel on next page)

**FREEDOM LAW FIRM**
GEORGE HAINES (9411)
GERARDO AVALOS (15171)
8985 S. Eastern Ave., Suite 100
Las Vegas, NV 89123
Tel.: 702-880-5554
Fax: 702-385-5518
info@freedomlegalteam.com

**LEVERTY AND ASSOCIATES LAW, CHTD.**
PATRICK R. LEVERTY (8840)
832 Willow Street
Reno, Nevada 89503
Tel.: (775) 322-6636
pat@levertylaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT ABSOLUTE DENTAL, LLC TO RESPOND TO THE SECOND AMENDED COMPLAINT** was served on September 24, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Philip R. Erwin*
PHILIP R. ERWIN

*Counsel for Defendant Absolute Dental Group, LLC*