# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**KATHLEEN JORDAN, MARLO EASTMAN, EDWINA JACKSON, AMANDA MADUIKE-IWATA,** and **VIRIDIANA TINAJERO MONTERROZA**, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

**ABSOLUTE DENTAL GROUP, LLC and JUDGE CONSULTING, INC.**

Defendants.

Case No. 2:25-cv-00986-JAD-DJA

**ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE INTERIM CO-LEAD CLASS COUNSEL**

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Kennedy M. Brian of Federman & Sherwood is granted leave to withdraw as one of the attorneys of record in this matter for Plaintiffs. Additionally, the Court substitutes attorney Jessica A. Wilkes of Federman & Sherwood to serve in Ms. Brian's place as Interim Co-Lead Class Counsel with Andrew W. Ferich of Ahdoot & Wolfson, PC, Andrew E. Mize of Stranch, Jennings & Garvey PLLC, Mariya Weekes of Milberg Coleman Bryson Philips Grossman, PLLC, and Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP.

DATE: 11/19/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

– 1 –