Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585
aferich@ahdootwolfson.com

*Interim Co-Lead Class Counsel*

[Additional counsel listed below]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN JORDAN, MARLO EASTMAN, EDWINA JACKSON, AMANDA MADUIKE-IWATA, and VIRIDIANA TINAJERO MONTERROZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ABSOLUTE DENTAL GROUP, LLC**, and **JUDGE CONSULTING, INC.**,<br><br>Defendants. | Case No. 2:25-cv-00986-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT JUDGE CONSULTING INC.'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>(FIRST REQUEST)<br><br>ECF No. 69 |

1

|     |     |
| --- | --- |
| 1   | IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Kathleen Jordan, Marlo Eastman, Edwina Jackson, Amanda Maduike-Iwata, and Viridiana Tinajero Monterroza (collectively, "Plaintiffs"), and Defendant Judge Consulting, Inc. ("Defendant Judge" and together with Plaintiffs, the "Parties")[1] by and through their undersigned counsel, to continue the briefing schedule on Defendant Judge's Motion to Dismiss Plaintiffs' Third Amended Complaint. In support of their stipulation, the Parties state as follows: |

1. WHEREAS, on November 10, 2025, Plaintiffs filed their Third Amended Class Action Complaint against Defendants Absolute Dental and Judge Consulting, Inc. ("TAC"). ECF No. 61.

2. WHEREAS, on November 24, 2025, Defendant Judge filed and served its Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion") Pursuant to Rules of Civil Procedure 12(b)(6) and 12(b)(1). ECF No. 68.

3. WHEREAS, pursuant to Nev. L.R. 7-2(b), Plaintiffs' current deadline to file and serve a response to the Motion is December 8, 2025, and the current deadline for Defendant Judge to file and serve its reply in support is December 15, 2025.

4. WHEREAS, the Parties require additional time to prepare their respective briefing, and an extension of time of the current briefing schedule is appropriate.

5. WHEREAS, the Parties, by and through their respective counsel of record, have met and conferred on a briefing schedule and agree to extend the deadlines for Plaintiffs' response to the Motion to December 30, 2025, and Defendant Judge's reply in support to January 16, 2026.

6. WHEREAS, good cause supports this extension because (1) Plaintiffs will need additional time to brief the arguments raised in the Motion; (2) this short extension would not prejudice any party because they have jointly agreed; and (3) this is the Parties' first request for an extension of time to respond to the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, subject to Court approval, that Plaintiffs' deadline to file their response

---

[1] It is a requirement of Local Rule 7.1(c) that all parties sign a stipulation. Defendant Absolute Dental Group, LLC agrees with the Parties' request to extend the Motion to Dismiss briefing schedule.

2

to Defendant Judge's Motion to Dismiss Plaintiffs' Third Amended Complaint be extended to December 30, 2025, and Defendant Judge's deadline to file its reply in support be extended to January 16, 2026.

     IT IS SO STIPULATED

DATED this 2nd day of December

*/s/ Andrew W. Ferich*
Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

***Interim Co-Lead Class Counsel***

(Additional Counsel listed on next page)

DATED this 2nd day of December

*/s/ Tabetha A. Martinez*
Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15227)
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
MAILING ADDRESS:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
tmartinez@burgermeyer.com
sgillespie@burgermeyer.com

***Counsel for Defendant Judge Consulting Group, LLC***

(Additional Counsel listed on next page)

DATED this 2nd day of December

*/s/ Sean G. Wieber*
Sean G. Wieber (*pro hac vice*)
**WINSTON & STRAWN**
Kevin P. Simpson (*pro hac vice*)
James W. Randall (*pro hac vice*)
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
swieber@winston.com
kpsimpson@winston.com
jwrandall@winston.com

***Counsel for Defendant Absolute Dental Group, LLC***

(Additional Counsel listed on next page)

**IT IS SO ORDERED.**

DATED: 12/4/25

           HON. JENNIFER A. DORSEY
           UNITED STATES DISTRICT JUDGE

Alyssa Brown (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
abrown@ahdootwolfson.com

Andrew E. Mize (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
amize@stranchlaw.com

Nathan R. Ring
Nevada Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

William B. Federman (*pro hac vice*)
Kennedy M. Brian (*pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com
E: kpb@federmanlaw.com

Mariya Weekes (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
nhagman@caffertyclobes.com

*Interim Co-Lead Class Counsel*

**CAMPBELL & WILLIAMS**
PHILIP R. ERWIN (11563)
710 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-5222
Fax: (702) 382-0540
pre@cwlawlv.com

*Counsel for Defendant Absolute Dental Group, LLC*

Daniel S. Morris (pro hac vice)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
daniel.morris@blankrome.com

*Counsel for Defendant Judge Consulting Group, LLC*