1  Andrew W. Ferich (*pro hac vice*)
   **AHDOOT & WOLFSON, PC**
2  201 King of Prussia Road, Suite 650
   Radnor, PA 19087
3  Telephone: (310) 474-9111
   Facsimile: (310) 474-8585
4  aferich@ahdootwolfson.com

5  [Additional counsel listed below]

6  *Proposed Class Counsel*

7                    **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
8

9  KATHLEEN JORDAN, *et al.*, individually
   and on behalf of all others similarly          Case No. 2:25-cv-00986-JAD-DJA
10 situated,
                                                  **PLAINTIFFS' UNOPPOSED MOTION**
11              Plaintiffs,                       **FOR PRELIMINARY APPROVAL OF**
                                                  **CLASS ACTION SETTLEMENT WITH**
12      v.                                        **DEFENDANT ABSOLUTE DENTAL**
                                                  **GROUP, LLC**
13 ABSOLUTE DENTAL GROUP, LLC, and
   JUDGE CONSULTING, INC.,
14                                                CLASS ACTION
                Defendants.
15

16
        Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs,[1] individually and on
17
behalf of all similarly situated persons, move the Court for preliminary approval of the proposed
18
Class Action Settlement Agreement and Release ("Settlement Agreement" or "SA") with
19
Defendant Absolute Dental Group, LLC ("Absolute Dental"), attached as **Exhibit 1**.
20
        As set forth in the attached Memorandum in Support, the Court should find the proposed
21
Settlement is within the range of reasonableness necessary to grant preliminary approval pursuant
22
to Federal Rule of Civil Procedure 23(e) and enter the Preliminary Approval Order (SA, at Ex. C,
23

24 ---
   [1] All capitalized terms in this motion have the same definition ascribed to them in the Settlement
25 Agreement. *See* SA, Section 1 (Definitions)

                                                  1
26 UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
                   WITH DEFENDANT ABSOLUTE DENTAL GROUP, LLC

and separately submitted herewith): (i) granting preliminary approval of the Settlement; (ii) provisionally certifying the Settlement Class for settlement purposes; (iii) appointing the Plaintiffs as Class Representatives; (iv) appointing Andrew W. Ferich of Ahdoot & Wolfson, PC, Andrew E. Mize of Stranch, Jennings & Garvey PLLC, Jessica A. Wilkes of Federman & Sherwood, Mariya Weekes of Milberg LLC, and Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP as Class Counsel for the Settlement Class; (v) approving the form of the Notices and the Notice Program; (vi) approving the Claim Form and the claims process; (vii) appointing Epiq Class Action & Claims Solutions, Inc. as the Settlement Administrator; (viii) establishing the opt-out and objection procedures and deadlines; and (ix) scheduling a Final Approval Hearing at which time the Court will consider whether to grant Final Approval of the Settlement and the Application for Attorneys' Fee and Costs Award and Service Awards.

Dated: December 18, 2025                Respectfully submitted,

/s/
Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Alyssa Brown (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
abrown@ahdootwolfson.com

Nathan R. Ring, Nevada Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Andrew E. Mize (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com

Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
nhagman@caffertyclobes.com

Mariya Weekes (*pro hac vice*)
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

Jessica A. Wilkes
William B. Federman (*pro hac vice* admission pending)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
jaw@federmanlaw.com
wbf@federmanlaw.com

*Proposed Class Counsel*

George Haines
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123
Telephone: 702-880-5554
Email: info@freedomlegalteam.com

Patrick R. Leverty
Nevada Bar No. 8840
**LEVERTY AND ASSOCIATES LAW, CHTD.**
832 Willow Street
Reno, NV 89503
(775)-322-6636
pat@levertylaw.com

*Additional Plaintiffs' Counsel*

3

UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
WITH DEFENDANT ABSOLUTE DENTAL GROUP, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, 2025, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: December 18, 2025

                                                   */s/ Andrew W. Ferich*
                                                  Andrew W. Ferich