AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Kathleen Jordan et al

                            **JUDGMENT IN A CIVIL CASE**

           Plaintiffs,

v.                          Case Number: 2:25-cv-00986-JAD-DJA

Absolute Dental Group, LLC et al

               Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

PARTIAL FINAL JUDGEMENT entered as to Defendant, Absolute Dental Group, LLC, and against Plaintiffs, Kathleen Jordan, Mario Eastman, Edwina Jackson, Amanda Madiuke-Iwataall, and Viridiana Tinajero Monterroza under Fed. R. Civ. P. 54(b) only.

07/30/2026
_____
Date

    DEBRA K. KEMPI
_____
Clerk

    /s/ AMMi
_____
Deputy Clerk