Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

*Counsel for Plaintiffs*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN JORDAN, MARLO EASTMAN, EDWINA JACKSON, AMANDA MADUIKE-IWATA, VIRIDIANA TINAJERO MONTERROZA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ABSOLUTE DENTAL GROUP, LLC, and JUDGE CONSULTING, INC.,<br><br>Defendants. | Case No. 2:25-cv-00986-JAD-MDC<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[ECF No. 120] |
| AND RELATED CROSS-ACTION | |

Plaintiffs Kathleen Jordan, Marlo Eastman, Edwina Jackson, Amanda Maduike-Iwata and Viridiana Tinajero Monterroza ("Plaintiffs") and Defendant Judge Consulting, Inc., ("JCI") by and through their respective undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiffs against JCI are hereby dismissed *with* prejudice, and the putative class claims are dismissed *without* prejudice. Each side will be responsible for and bear its own attorneys' fees, costs, and expenses.

Dated: November 2, 2026

Respectfully submitted,

/s/ *Andrew W. Ferich*
Andrew W. Ferich (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Alyssa Brown (*pro hac vice*)
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
abrown@ahdootwolfson.com

Dated: November 2, 2026

/s/ *Andrew E. Mize*
Andrew E. Mize (*pro hac vice*)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
amize@stranchlaw.com

Nathan R. Ring (Nevada Bar No. 12078)
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Dated: November 2, 2026

/s/ *William B. Federman*
William B. Federman (*pro hac vice*)
Kennedy M. Brian (*pro hac vice*)
Jessica A. Wilkes (*pro hac vice*)
**FEDERMAN & SHERWOOD**

10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
T: (405) 235-1560
E: wbf@federmanlaw.com
E: kpb@federmanlaw.com
E : jaw@federmanlaw.com

Dated: November 2, 2026

*/s/ Mariya Weekes*
Mariya Weekes (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

Dated: November 2, 2026

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880/ Fax: (312) 782-4485
nhagman@caffertyclobes.com

*Counsel for Plaintiffs*

George Haines (Nevada Bar No. 9411)
Gerardo Avalos (Nevada Bar No. 15171)
**FREEDOM LAW FIRM**
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123
Email: info@freedomlegalteam.com

Patrick R. Leverty (Nevada Bar No. 8840)
William R. Ginn (Nevada Bar No. 6989)
**LEVERTY AND ASSOCIATES LAW, CHTD.**
832 Willow Street
Reno, NV 89503
pat@levertylaw.com
wr.ginn@gmail.com

*Additional Counsel for Plaintiffs and the Proposed Class*

Dated: November 2, 2026

*/s/ Kevin P. Simpson*
Sean G. Wieber (*pro hac vice*)
Kevin P. Simpson (*pro hac vice*)
James W. Randall (*pro hac vice*)
**WINSTON TAYLOR LLP**
300 N. LaSalle Dr. Ste. 4400
Chicago, IL 60654
Telephone: (312) 558-5600 / Fax: (312) 558-5700
sean.Wieber@winstontaylor.com
kevin.Simpson@winstontaylor.com
james.Randall@winstontaylor.com

Philip R. Erwin, Esq. (Nev. Bar No. 11563)
**CAMPBELL & WILLIAMS**
710 South Seventh Street, Suite A
Las Vegas, NV 89101
Telephone: (702) 382-5222 / Fax: (702) 382-0540
pre@cwlawlv.com

*Counsel for Defendant*
*Absolute Dental Group, LLC*

Dated: November 2, 2026

*/s/ Daniel S. Morris*
Philip N. Yannella (*pro hac vice*)
Daniel S. Morris (*pro hac vice*)
**BLANK ROME LLP**
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103-6998
Tel: (215) 569-5500 / Fax: (215) 569-5555
Philip.Yannella@blankrome.com
Daniel.Morris@blankrome.com

Tabetha A. Martinez, Esq. (Nev. Bar No. 14237)
Susan E. Gillespie, Esq. (Nev. Bar No. 15227)
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
MAILING ADDRESS:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Tel: (725) 208-3400
tmartinez@burgermeyer.com
sgillespie@burgermeyer.com

*Counsel for Defendant*
*Judge Consulting, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 120] and with good cause appearing, the plaintiffs' individual claims against Judge Consulting, Inc. are DISMISSED with prejudice, and the putative class claims against Judge Consulting, Inc. are DISMISSED without prejudice, with each party to bear its own costs and fees. This case proceeds against Absolute Dental Group, LLC. **The Clerk of Court is directed to TERMINATE Judge Consulting, Inc. as a party in this action.**

U.S. District Judge Jennifer A. Dorsey
November 3, 2026