Philip R. Erwin (Nev. Bar No. 11563)
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222
pre@campbellandwilliams.com

*Counsel for Third-Party Defendant Absolute Dental Group, LLC**

*Additional counsel in signature block

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN JORDAN et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JUDGE CONSULTING, INC.,<br><br>Defendant/Third-Party Plaintiff,<br><br>v.<br><br>ABSOLUTE DENTAL GROUP, LLC,<br><br>Third-Party Defendant. | Case No. 2:25-CV-00986-JAD-DJA<br><br>**STIPULATION TO EXTEND ABSOLUTE DENTAL GROUP, LLC'S DEADLINE TO RESPOND TO JUDGE CONSULTING, INC.'S THIRD-PARTY COMPLAINT**<br><br>**(First Stipulation)** |

Plaintiffs Kathleen Jordan et al. ("Plaintiffs"), Defendant and Third-Party Plaintiff Judge Consulting, Inc. ("JCI"), and Third-Party Defendant Absolute Dental Group, LLC ("Absolute Dental," and together with Plaintiffs and JCI, the "Parties") hereby stipulate to extend Absolute Dental's deadline to respond to JCI's Third-Party Complaint (ECF No. 113) by 14 days, to and including November 16, 2026. In support of their stipulation, the Parties state as follows:

1. On July 30, 2026, the Court granted final approval of the class action settlement between Plaintiffs and Absolute Dental, entered partial final judgment as between Plaintiffs and Absolute Dental, and terminated Absolute Dental as a party to the case. *See* ECF Nos. 108, 109.

2. On August 24, 2026, JCI filed a Third-Party Complaint under Rule 14 of the Federal Rule of Civil Procedure against Absolute Dental, raising claims for contractual indemnification, common-law indemnification, and contribution. *See* ECF No. 113.

3. On September 3, 2026, Absolute Dental waived service of the Summons and Third-Party Complaint. *See* ECF No. 117. Accordingly, Absolute Dental's current deadline to respond to the Third-Party Complaint is November 2, 2026. *See id.*; Fed. R. Civ. P. 4(d)(3).

4. On November 2, 2026, the parties filed a Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), in which the parties stipulated and agreed to the dismissal of Plaintiffs' claims against JCI. *See* ECF No. 120.

5. In light of the dismissal of Plaintiffs' claims, JCI and Absolute Dental are evaluating JCI's third-party claims against Absolute Dental.

6. The Parties have stipulated and agreed to extend Absolute Dental's deadline to respond to JCI's Third-Party Complaint by 14 days. The parties seek this extension so that: (1) JCI and Absolute Dental can have an opportunity to evaluate the effect of the dismissal filed earlier today, and (2) Absolute Dental can avoid incurring the expense and burden of responding to third-party claims that may soon be dismissed.

7. Although Plaintiffs agree to this stipulation and the extension being sought, Plaintiffs take no position on the substance of the contents of this filing.

8. This is the Parties' first stipulation to extend Absolute Dental's deadline to respond to JCI's Third-Party Complaint.[1] This request is not made to delay proceedings or for any other improper purpose, and neither the Parties nor the Court will be prejudiced by this extension.

WHEREFORE, subject to the Court's approval, the Parties stipulate to extend Absolute Dental's deadline to respond to JCI's Third-Party Complaint by 14 days to and including November 16, 2026.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2026

[1] The Parties previously filed a stipulation seeking similar relief, *see* ECF No. 118, which the Court denied for failure to comply with LR IA 6-1.

DATED this 2nd day of November, 2026.

By: */s/ Philip R. Erwin*
Philip R. Erwin, Esq. (Nev. Bar No. 11563)
CAMPBELL & WILLIAMS
710 South Seventh Street, Suite A
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
pre@cwlawlv.com

Sean G. Wieber (*pro hac vice*)
Kevin P. Simpson (*pro hac vice*)
James W. Randall (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
swieber@winston.com
kpsimpson@winston.com
jwrandall@winston.com

*Counsel for Third-Party Defendant Absolute Dental Group, LLC*

By: */s/ Daniel S. Morris*
Tabetha A. Martinez, Esq. (Nev. Bar No. 14237)
Susan E. Gillespie, Esq. (Nev. Bar No. 15227
BURGER, MEYER & D'ANGELO, LLP
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
MAILING ADDRESS:
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Tel: (725) 208-3400
tmartinez@burgermeyer.com
sgillespie@burgermeyer.com

Daniel E. Rhynhart (*pro hac vice* to be submitted)
Philip N. Yannella *(pro hac vice)*
Daniel S. Morris (*pro hac vice*)
BLANK ROME LLP
One Logan Square

130 N. 18th Street
Philadelphia, PA 19103-6998
Tel: (215) 569-5500
Fax: (215) 569-5555
Dan.Rhynhart@blankrome.com
Philip.Yannella@blankrome.com
Daniel.Morris@blankrome.com

*Counsel for Defendant/Third-Party Plaintiff Judge Consulting, Inc.*

By: /s/ Andrew W. Ferich
Andrew W. Ferich (*pro hac vice*)
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Alyssa Brown (*pro hac vice*)
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
abrown@ahdootwolfson.com

Nathan R. Ring (Nevada Bar No. 12078)
STRANCH, JENNINGS & GARVEY, PLLC
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Andrew E. Mize (*pro hac vice*)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
amize@stranchlaw.com

Nickolas J. Hagman (*pro hac vice*)
CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
nhagman@caffertyclobes.com

Mariya Weekes (*pro hac vice*)
MILBERG PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

Jessica A. Wilkes
William B. Federman (*pro hac vice* admission pending)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Tel: (405) 235-1560
jaw@federmanlaw.com
wbf@federmanlaw.com

*Class Counsel*

George Haines (Nev. Bar No. 9411)
Gerardo Avalos (Nev. Bar No. 15171)
FREEDOM LAW FIRM
8985 S. Eastern Avenue Suite 100
Las Vegas, NV 89123
Telephone: 702-880-5554
Email: info@freedomlegalteam.com

Patrick R. Leverty
Nevada Bar No. 8840
LEVERTY AND
ASSOCIATES LAW, CHTD.
832 Willow Street
Reno, NV 89503
(775)-322-6636
pat@levertylaw.com

*Additional Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing THE PARTIES' JOINT STIPULATION TO EXTEND ABSOLUTE DENTAL'S DEADLINE TO RESPOND TO JCI'S THIRD-PARTY COMPLAINT was served on November 2, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

/s/ *Philip R. Erwin*
Philip R. Erwin

*Counsel for Third-Party Defendant Absolute Dental Group, LLC*